12 A.3d 205

IN THE MATTER OF WILLIAM H. MULDER, AN ATTORNEY AT LAW (ATTORNEY NO. 042201995).

February 15, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–212, concluding that **WILLIAM H. MULDER** of **SADDLEBROOK,** who was admitted to the bar of this State in 1996, should be reprimanded for violating *RPC* 4.1(a)(1) (misrepresentation of material fact to a third person), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM H. MULDER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.